**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SANDRA TAYLOR, <br> DIANA SEPEDA, AND <br> NANCY FRIESEN, <br><br> Plaintiffs, <br><br> v. <br><br> LONE STAR HMA, L.P. <br> d/b/a DALLAS REGIONAL MEDICAL CENTER, <br><br> Defendant. | § § § § § § § § § § § § § § <br><br> Civil Action No.: 3:07-cv-1931-M |

## ORDER

Before the Court are Defendant's Motion to Strike George M. Sorrell as an Expert [Docket Entry #52] and Defendant's Motion to Strike John A. Swinger as an Expert [Docket Entry #54]. Plaintiffs' counsel Elizabeth Higginbotham advised the Court that she will not call these expert witnesses at trial, and accordingly, the Motions are **DENIED AS MOOT**.

**SO ORDERED**.

February 2, 2009.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**