**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE: Dallas         JUDGE: **Barbara M. G. Lynn**         DATE: December 2, 2010

REPORTER: Sue Engledow         MARSHAL:         DEPUTY: Lori Greco

INTERPRETER:         CSO: John T. Williams         COURT TIME: 3 Hrs 35 Mins TTL

---

**CIVIL ACTIONS**

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 8:40 a.m. | 3:07-CV-1931-M<br>Taylor, et al.<br>vs.<br>Lone Star HMA | BENCH TRIAL<br><br>3rd day of trial<br><br>Trial resumes | Plaintiffs: Elizabeth Higginbotham<br>Plaintiffs: Richard Ihfe<br>Plaintiffs: Arthur Brender<br>Defendant: Jennifer C. Wang<br>Defendant: Michael Birrer |
| 10:30 a.m. | | Break | |
| 10:45 a.m. | | Testimony continues | |
| 12:20 p.m. | | Both parties offered exhibits. Parties gave closing arguments.<br><br>Court takes matter under advisement.<br><br>Adjourned. | |