UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA TAYLOR RN,<br>DIANA SEPEDA RN<br><br>　　Plaintiffs<br><br>v.<br><br>LONE STAR HMA, LP<br>d/b/a DALLAS REGIONAL MEDICAL<br>CENTER,<br><br>　　Defendant. | §§§§§§§§§§§§§ | No. 3:07-cv-1931-M |

## FINAL JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law [Docket Entry #126] entered on February 11, 2011, it is hereby **ORDERED, ADJUDGED, and DECREED** that Plaintiffs Sandra Taylor and Diana Sepeda take nothing by this suit against Defendant Lone Star HMA, LP; that all relief requested by Plaintiffs is denied; that this action is hereby dismissed with prejudice; that all allowable costs are taxed against Plaintiffs; and that all relief not expressly granted herein is denied.

　　**SO ORDERED**.

　　March 2, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BARBARA M. G. LYNN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF TEXAS